UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN KRIS PERKINS,

    Plaintiff,

v.                                             CASE NO. 3:20cv6012-MCR-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

**O R D E R**

    The magistrate judge issued a Report and Recommendation on April 22, 2021 ECF No. 11.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:20cv6012-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. This matter is DISMISSED for failure to state a claim.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 10th day of June 2021.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**